# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In* re: Matthew Peirce<br>Attorney at Law, Bar No. 6449 | Case No. 2:19-ms-000104<br><br>ORDER OF SUSPENSION |

On December 12, 2019, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of December 13, 2019. (ECF No. 1.) The OSC provided Mr. Peirce with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. (*Id.*) No response has been received from Mr. Peirce. Failure to respond within thirty 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Matthew Peirce, Bar No. 6449, is hereby suspended from practice in United States District Court for the District of Nevada.

DATED THIS 26th day of February 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 26th day of February 2020, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Matthew Peirce
> c/o William Terry, Esq.
> 530 S. Seventh Street
> Las Vegas, NV 89101

Certified Mail No.: 7019 0700 0001 7574 6680

> /s/ Lorena Q.
> Deputy Clerk
> United States District Court,
> District of Nevada